Attorneys: Company: Lewis Baach Kaufmann Middlemiss PLLC  PH: (212) 897-1971
Address: 405 Lexington Avenue, 62nd Floor New York, NY 10174

Diana Pizzuti

v.

City of New York, Police Commissioner James O'Neill, et al.

Plaintiff

Defendants

Case Number: 19-cv-07026

Date Filed:
Client's File No.:
Court/Return Date:

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

## AFFIDAVIT OF SERVICE

**Reginald Hunter**, being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.

On **August 14, 2019**, at **11:10 AM** at **One Police Plaza, New York, NY 10007**, Deponent served the within **Summons and First Amended Complaint**

On: **City of New York**, Defendant therein named.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to (**Police Officer / Designated Agent**) a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment  [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects
[] actual place of business / employment  [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called there

Address confirmation:

☒ **#4 Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to **P.O. Mirabello**, personally. Deponent knew said entity so served to be the entity described in said aforementioned document as said subject and knew said individual to be **Police Officer / Designated Agent** thereof.

☐ **#5 MAILING**
On  , service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" from a depository under the exclusive care and custody of the United States Post Office in the State of New York.

☐ An additional mailing was completed to the address above by certified mail.

☒ **#6 DESCRIPTION**
Sex: Male    Color of skin: White    Color of hair: Black    Age: 35 - 45 Yrs.
Height: 5 ft 5 in - 5 ft 8 in    Weight: 161-200 Lbs.    Other Features:

☐ **#7 MILITARY SERVICE**
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☐ **#9 OTHER**

Sworn to before me on August 14, 2019

BRUCE LAZARUS
NOTARY PUBLIC - STATE OF NEW YORK
No. 01LA4992593
Qualified in New York County
My Commission Expires January 13, 2022

Reginald Hunter
1346142


LEGALEASE INC.

205 East 42nd Street, New York, NY 10017
212-393-9070 www.legaleaseinc.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Job #:** 24744

Attorneys: Company: Lewis Baach Kaufmann Middlemiss PLLC PH: (212) 897-1971
Address: 405 Lexington Avenue, 62nd Floor New York, NY 10174

Diana Pizzuti

Plaintiff

v.

City of New York, Police Commissioner James O'Neill, et al.

Defendants

**Case Number:** 19-cv-07026
**Date Filed:**
**Client's File No.:**
**Court/Return Date:**

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

## AFFIDAVIT OF SERVICE

**Reginald Hunter**, being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.

On **August 14, 2019**, at **11:10 AM** at **One Police Plaza, New York, NY 10007**, Deponent served the within **Summons and First Amended Complaint**

On: **Police Commissioner James O'Neill**, Defendant therein named.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to (**Police Officer / Designated Agent**) a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment  [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects
[] actual place of business / employment  [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called there

Address confirmation:

☒ **#4 Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to **P.O. Mirabello**, personally. Deponent knew said entity so served to be the entity described in said aforementioned document as said subject and knew said individual to be **Police Officer / Designated Agent** thereof.

☐ **#5 MAILING**
On  , service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" from a depository under the exclusive care and custody of the United States Post Office in the State of New York.

☐ An additional mailing was completed to the address above by certified mail.

☒ **#6 DESCRIPTION**
**Sex**: Male    **Color of skin**: White    **Color of hair**: Black    **Age**: 35 - 45 Yrs.
**Height**: 5 ft 5 in - 5 ft 8 in    **Weight**: 161-200 Lbs.    **Other Features**:

☐ **#7 MILITARY SERVICE**
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☐ **#9 OTHER**

Sworn to before me on August 14, 2019

BRUCE LAZARUS
NOTARY PUBLIC - STATE OF NEW YORK
No. 01LA4992593
Qualified in New York County
My Commission Expires January 13, 2022

Reginald Hunter
1346142

205 East 42nd Street, New York, NY 10017
212-393-9070 www.legaleaseinc.com


LEGALEASE INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Job #:** 24745

Attorneys: Company: Lewis Baach Kaufmann Middlemiss PLLC PH: (212) 897-1971
Address: 405 Lexington Avenue, 62nd Floor New York, NY 10174

Diana Pizzuti

v.

City of New York, Police Commissioner James O'Neill, et al.

Plaintiff

Defendants

**Case Number:** 19-cv-07026

**Date Filed:**
**Client's File No.:**
**Court/Return Date:**

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

## AFFIDAVIT OF SERVICE

**Reginald Hunter**, being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.

On **August 14, 2019**, at **11:10 AM** at **One Police Plaza, New York, NY 10007**, Deponent served the within **Summons and First Amended Complaint**

On: **First Deputy Police Commissioner Benjamin Tucker**, Defendant therein named.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to (**Police Officer / Designated Agent**) a person of suitable age and discretion. Said premises is recipient's:[]
actual place of business / employment  [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects
[] actual place of business / employment  [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called there

Address confirmation:

☒ **#4 Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to **P.O. Mirabello**, personally. Deponent knew said entity so served to be the entity described in said aforementioned document as said subject and knew said individual to be **Police Officer / Designated Agent** thereof.

☐ **#5 MAILING**
On  , service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" from a depository under the exclusive care and custody of the United States Post Office in the State of New York.

☐ An additional mailing was completed to the address above by certified mail.

☒ **#6 DESCRIPTION**
Sex: Male        Color of skin: White        Color of hair: Black    Age: 35 - 45 Yrs.
Height: 5 ft 5 in - 5 ft 8 in     Weight: 161-200 Lbs.     Other Features:

☐ **#7 MILITARY SERVICE**
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☐ **#9 OTHER**

Sworn to before me on August 14, 2019

BRUCE LAZARUS
NOTARY PUBLIC - STATE OF NEW YORK
No. 01LA4992593
Qualified in New York County
My Commission Expires January 13, 2022

Reginald Hunter
1346142



205 East 42nd Street, New York, NY 10017
212-393-9070 www.legaleaseinc.com